IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE SALLEY | : | CIVIL ACTION |
| v. | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | NO. 10-318 |

**ORDER**

AND NOW, this 28th day of January 2010, upon consideration of the plaintiff's Notice of Removal, IT is ORDERED:

That because this Court lacks subject-matter jurisdiction, the case is REMANDED to the Court of Common Pleas of Philadelphia County, Pennsylvania.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.